UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: VIAGRA (SILDENAFIL CITRATE) AND CIALIS (TADALAFIL) PRODUCTS LIABILITY LITIGATION | Case No.:  3:16-md-02691-RS<br>MDL No. 2691<br><br>Case No: |
| ROBERT WHITE,<br><br>            Plaintiff,<br><br>v.<br><br>PFIZER INC.,<br><br>            Defendant. | **Master Short Form Complaint** |

Plaintiff, ROBERT WHITE, incorporates by reference the Plaintiffs' Master Long Form Complaint(s) filed with United States District Court for the Northern District of California in the matter of *In re: Viagra (Sildenafil Citrate) and Cialis (Tadalafil) Products Liability Litigation*. Plaintiff further shows the court as follows:

1. Defendant(s) against whom Complaint is made:

    a.  ___  Eli Lilly and Company

    b.  _X_  Pfizer Inc.

    c.  ___  Other (specify Defendant) _____

2. Plaintiff's Full Name:

    a.  ___Robert White_____

3. Name of the party or deceased who ingested Viagra/Revatio (sildenafil citrate) (hereinafter "Viagra") and/or Cialis/Adcirca (tadalafil) (hereinafter "Cialis") and suffered injury, if different than Plaintiff:

    a.  ___N/A_____

4. Name of additional or other Plaintiff, including loss of consortium Plaintiff(s) (i.e. administrator, executor, guardian, conservator):
    a.   N/A

5. Plaintiff's current city and state of residence:
    a.   Shirley, New York

6. District Court in which venue would be proper absent direct filing:
    a.   Eastern District of New York

7. City and state of Plaintiff or Decedent when he/she was diagnosed with melanoma:
    a.   Shirley, New York

8. Approximate dates that the Plaintiff or Decedent ingested Viagra (if applicable):
    a.   Start date:  12/01/2011
    b.   Stop date:  02/14/2016

9. Approximate dates that the Plaintiff or decedent ingested Cialis (if applicable):
    a.   Start date:  N/A
    b.   Stop date:  N/A

10. Date(s) that Plaintiff was diagnosed with melanoma which he/she alleges was caused by Viagra and/or Cialis:
    a.   12/15/2010

11. Date of death of Decedent, if applicable:
    a.   N/A

12. Master Complaint Adopted (check one or both):
    a.   X   Pfizer Master Complaint
    b.   ___ Eli Lilly Master Complaint

13. Counts in the Master Complaint(s) brought by Plaintiff(s):
    a.   Count 1 (Negligence):   X
    b.   Count 2 (Gross Negligence):   X
    c.   Count 3 (Negligence Per Se):   X

| | | |
|---|---|---|
|1| d. | Count 4 (Unfair and Deceptive Trade Practices: Unfairness) __X__ |
|2| e. | Count 5 (Unfair and Deceptive Trade Practices: Fraud) __X__ |
|3| f. | Count 6 (Unfair and Deceptive Trade Practices: Unlawfulness) __X__ |
|4| g. | Count 7 (Strict Liability – Defective Design): __X__ |
|5| h. | Count 8 (Strict Liability – Failure to Warn): __X__ |
|6| i. | Count 9 (Failure to Test): __X__ |
|7| j. | Count 10 (Breach of Express Warranty): __X__ |
|8| k. | Count 11 (Breach of Implied Warranty): __X__ |
|9| l. | Count 12 (Fraudulent Misrepresentation and Concealment): __X__ |
|10| m. | Count 13 (Negligent Misrepresentation and Concealment): __X__ |
|11| n. | Count 14 (Fraud and Deceit): __X__ |
|12| o. | Count 15 (Willful, Wanton, and Malicious Conduct): __X__ |
|13| p. | Count 16 (Unjust Enrichment): __X__ |
|14| q. | Count 17 (Loss of Consortium): _____ |
|15| r. | Count 18 (Survival): _____ |
|16| s. | Count 19 (Wrongful Death): _____ |
|17| t. | Count 20 (Punitive Damages): __X__ |
|18| u. | Other: _____ |

14. Jury Demand

    a. Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand a trial by jury as to all claims in this action: Yes _X_ No ___

Dated this the 10th day of June, 2019.

Respectfully submitted on behalf of the Plaintiff,

_____
Jennifer Liakos (CA SBN 207487)
Hunter J. Shkolnik (*Pro Hac Vice Pending*)
Napoli Shkolnik PLLC
(310) 331-8224 (Phone)
(646) 843-7603 (Facsimile)
Email: jliakos@NapoliLaw.com
Email: hshkolnik@NapoliLaw.com